| United States District Court | Southern District of Texas |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
February 19, 2016
David J. Bradley, Clerk

The United States of America,  §
　　　　　　　　　　　　　　　§
　　　　Plaintiff,　　　　　　　§
　　　　　　　　　　　　　　　§
*versus*　　　　　　　　　　　§　　Criminal H-15-679
　　　　　　　　　　　　　　　§
Christopher Correa,　　　　　　§
　　　　　　　　　　　　　　　§
　　　　Defendant.　　　　　　§

## Order Resetting Sentencing

Chrisopher Correa's sentencing is reset to April 18, 2016, at 1:30 p.m.

Signed on February 19, 2016, at Houston, Texas.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　United States District Judge