UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| *versus* | § | **CAUSE 4:15-CR-679-01** |
| | § | **JUDGE LYNN HUGHES** |
| **CHRIS CORREA** | § | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

*TO THE HONORABLE LYNN HUGHES*:

Defendant Chris Correa asks to continue the sentencing hearing in this matter, and shows the following in support of this request:

1.  Correa pleaded guilty to unauthorized accessing of a computer.

2.  His sentencing hearing is scheduled to begin on April 18 at 1:30 pm.

3.  Defense counsel has been preparing for trial in *U.S. v. Kibert*, *et al*, 4:14-CR-204, before the Honorable Keith Ellison. The trial began on February 22 and is on-going. Counsel has not been able to schedule and participate in Correa's presentence report interview because of the trial.

4.  Correa asks that the sentencing hearing be continued for 45 days.

Respectfully submitted,

/s/ David Adler

_____
David Adler
State Bar of Texas 00923150
Southern District of Texas 17942
6750 West Loop South
Suite 120
Bellaire (Houston), Texas 77401
(713) 666-7576
(713) 665-7070 (Fax)

>Attorney for Defendant,
>Chris Correa

## CERTIFICATE OF SERVICE

A copy of this pleading was provided to the AUSA on March 4, 2016.

>/s/ David Adler
>_____
>David Adler

## CERTIFICATE OF CONFERENCE

The AUSA is not opposed to this motion.

>/s/ David Adler
>_____
>David Adler

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF TEXAS*
*HOUSTON DIVISION*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| *versus* | § § | **CAUSE 4:15-CR-679-01** <br> **JUDGE LYNN HUGHES** |
| **CHRIS CORREA** | § | |

## ORDER ON UNOPPOSED MOTION TO CONTINUE SENTENCING

Correa's unopposed motion to continue the sentencing hearing is:

Granted,

The sentencing hearing will be held on _____ \_\_\_\_\_, 2016, at _____ am pm.

Denied.

Signed on _____ \_\_\_\_\_, 2016.

_____
Lynn Hughes
United States District Judge