| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
April 28, 2016
David J. Bradley, Clerk

| | | |
|---|---|---|
| The United States of America, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Criminal H-15-679 |
| Chris Correa, | § § § | |
| Defendant. | § | |

## Order Denying Subpoena

Chris Correa may not subpoena the Astros for the production of documents. (27)

Signed on April 28, 2016, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge