| United States District Court | § | Southern District of Texas |
|---|---|---|

The United States of America, §
§
Plaintiff, §
§
versus § Criminal H-15-679
§
Christopher Correa, §
§
Defendant. §

## Order Unsealing Sentencing Documents

The clerk will unseal redacted versions of the government's sentencing memorandum and its response to Christopher Correa's objections to the presentence investigation report.

Signed on January 25, 2017, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge