| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 4:15CR00679-001 |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
March 07, 2019
David J. Bradley, Clerk

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| CHRISTOPHER CORREA<br>ROCKVILLE, MD 20854 | SD/TX | HOUSTON |

| NAME OF SENTENCING JUDGE |
|---|
| THE HONORABLE LYNN N. HUGHES |

| DATES OF PROBATION/SUPERVISED RELEASE | FROM 12/31/2018 | TO 12/30/2020 |
|---|---|---|

**OFFENSE**

Cts. 1 through 5: Unauthorized access of a protected computer, in violation of 18 U.S.C. § 1030(a)(2)(C) and (c)(2)(B)(iii)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __SOUTHERN__ DISTRICT OF __TEXAS__

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __DISTRICT OF MARYLAND__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

02.05.2019
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/12/2019
*Effective Date*

*United States District Judge*